# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
05 MAY 24 PM 2:45
OFFICE OF THE CLERK

| | |
|---|---|
| TROY KING,  _____ Plaintiff | Case Number: 8:05CV27 |
| v. | CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE |
| ASSET APPRAISAL SERVICES, INC. and MICHAEL COX, _____ Defendant | |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| **Signature of Attorney or Party** | **Name of Party** | **Date** |
|---|---|---|
| Phil Bil | For  Asset Appraisal Sv., Inc. | 5-20-2005 |
| Jamie L. Cox | For  Troy King | 5-20-05 |
|  | For | |
|  | For | |
|  | For | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _Judge Gossett_, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

_5/24/05_
Date

_[signature]_
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.