IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY KING, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>ASSET APPRAISAL SERVICES, INC.,<br>and MICHAEL COX,<br><br>    Defendant. | Case No. 8:05CV27<br><br>**ORDER** |

THIS MATTER came before the court for a Rule 16 planning conference. Bruce Green appeared on behalf of the plaintiff and Phillip Belin appeared on behalf of defendants. After reviewing the status of the case and by the agreement of counsel for the parties,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued pending ruling on the Motion to Certify (#21).

Dated this 26th day of September 2005.

            BY THE COURT:

            s/ F. A. Gossett
            United States Magistrate Judge