IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TROY KING, on behalf of himself and other past and present employees similarly situated,<br><br>        Plaintiffs,<br>-vs.-<br><br>ASSET APPRAISAL SERVICES, INC., and MICHAEL COX,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 8:05CV27<br><br><br><br>**PROTECTIVE ORDER** |

   The Court, after having considered the parties' Joint Stipulation for Protective Order, finds that the Stipulation should be allowed.

   IT IS NOW THEREFORE ORDERED AS FOLLOWS:

   1. This Protective Order shall apply to the following documents produced by Defendants: All appraisal reports and inspection reports, whether hand-written or computerized, in both their original and copied forms, including but not limited to documents accessible on read-only CD's entitled "Archive-1", "Archive-2", and "Archive 3".

   2. All such documents and materials covered by this Protective Order and produced by Defendants to counsel for Plaintiff shall be used only in the course of the above-captioned proceedings.

   3. The documents and materials covered by this Protective Order and produced by Defendants to counsel for Plaintiff shall not be published, orally, by copy, or by any other means, to any person other than the agents or representatives of Plaintiff or Plaintiff's counsel, or to any person other than experts, employees of experts, consultants, witnesses or potential witnesses involved in this matter.

2

4.  Upon conclusion of this action and upon receipt of a written request by Defendants' counsel, counsel for Plaintiff shall return to counsel for Defendants the original and all copies of the documents and materials covered by this Protective Order or provide an Affidavit of Destruction.

5.  Counsel for Plaintiff is bound by the conditions of this Protective Order.

6.  Execution of this Protective Order does not constitute a waiver of any objections raised by Defendants to the production of any documents or information even if such documents or information are encompassed within this Protective Order.

DATED October 12, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge