# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY KING, on behalf of himself and other past and present employees similarly situated,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>ASSET APPRAISAL SERVICES, INC. and MICHAEL COX,  )<br>)<br>)<br>Defendants.  ) | 8:05CV27<br><br>ORDER |

    This matter is before the magistrate judge by consent of the parties. Plaintiff's counsel distributed Notices of Collective Action and Consent Forms in accordance with the orders entered on November 21, 2005 and December 2, 2005. Now pending before the court are consent forms timely filed by Doug Barnett (#40) and Graham Rupe (#51). Upon notice that Doug Barnett and Graham Rupe consent to be included as plaintiffs in this action,

**IT IS ORDERED:**

    1. The consents (#40 and #51) are granted and approved, and Doug Barnett and Graham Rupe are given leave to join as plaintiffs in this matter. The Clerk shall amend the case file to reflect the addition of parties.

    2. All notices of activity in this case shall be communicated to Doug Barnett and Graham Rupe through plaintiff's counsel, Bruce B. Green. Electronic notices transmitted to Mr. Green shall be deemed sufficient notice to plaintiffs Doug Barnett and Graham Rupe, unless and until other counsel enter appearances on behalf of Doug Barnett and Graham Rupe.

    DATED January 10, 2006.

                                        BY THE COURT:

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**