# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TROY KING on behalf of himself and others,** | ) ) ) | |
| Plaintiffs, | ) ) | 8:05cv27 |
| vs. | ) ) | SCHEDULING ORDER |
| **ASSET APPRAISAL SERVICES,** | ) ) ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

A Rule 16 planning conference is scheduled before the undersigned magistrate judge, on **Thursday, February 2, 2006 at 10:00 a.m.,** in chambers, Suite 2210, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, for the purpose of reviewing the preparation of the case to date and the scheduling of the case for trial. See the Court's Initial Progression Order (#12), paragraph 6.

Counsel who wish to participate by telephone should notify the court at (402) 661-7340 to make the necessary arrangements.

Dated this 13th day of January 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge