# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TROY KING, on behalf of himself and other past and present employees similarly situated,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| **vs.** ) ) | **8:05CV27** |
| **ASSET APPRAISAL SERVICES, INC. and MICHAEL COX,** ) ) ) | **ORDER** |
| **Defendants.** ) | |

A status conference was held on February 2, 2006. Two individuals, Doug Barnett and Graham Rupe, have opted in as plaintiffs. Although plaintiff King's attorney, Bruce Green, was ordered to provide notices to Barnett and Rupe, he has not been specifically retained to represent either Barnett and Rupe in this matter, and Barnett and Rupe may wish to retain other counsel. Since the case cannot be progressed until the matter of their representation has been resolved,

**IT IS ORDERED:**

1.   Plaintiffs, Doug Barnett and Graham Rupe, are given until and including **March 7, 2006** to retain counsel in this matter. If no attorney enters a written appearance on their behalf on or before March 7, 2006, plaintiffs Doug Barnett and Graham Rupe will be deemed to be proceeding *pro se* on a permanent basis.

2.   The parties' planning conference is continued to April 10, 2006 at 10:00 a.m. in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**DATED February 3, 2006.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**