# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TROY KING, on behalf of himself and other past and present employees similarly situated,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) ) | **8:05CV27** |
| vs. | ) ) | **ORDER** |
| **ASSET APPRAISAL SERVICES, INC. and MICHAEL COX,** | ) ) ) | |
| **Defendants.** | ) | |

**IT IS ORDERED** that the Motion for Leave to Withdraw (#60) filed by defense counsel, Phillip A. Belin, is held in abeyance pending the entry of appearance by substitute counsel, Rachel Alexander.

**DATED March 10, 2006.**

                                           **BY THE COURT:**

                                           **s/ F.A. Gossett**
                                           **United States Magistrate Judge**