# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TROY KING, on behalf of himself and other past and present employees similarly situated,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | **8:05CV27** |
| **vs.** | ) ) | **ORDER** |
| **ASSET APPRAISAL SERVICES, INC. and MICHAEL COX,** | ) ) ) | |
| **Defendants.** | ) | |

Upon the appearance of substitute counsel,

**IT IS ORDERED** that the Motion for Leave to Withdraw (#60) filed by defense counsel, Phillip A. Belin, is granted.

**DATED March 13, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge