# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TROY KING, on behalf of himself and other past and present employees similarly situated,** ) ) ) ) | **CASE NO. 8:05CV27** |
| Plaintiffs, ) ) | |
| v. ) ) ) | **ORDER GRANTING DEFENDANTS' MOTION TO EXTEND SUMMARY JUDGMENT MOTION DEADLINE** |
| **ASSET APPRAISAL SERVICES, INC. and MICHAEL COX,** ) ) ) ) | |
| Defendants. ) | |

THIS MATTER comes before the court on the motion of Asset Appraisal Services, Inc. and Michael Cox to extend the summary judgment motion deadline [74]. For the reasons stated in the motion, the court finds that the motion should be and hereby is GRANTED. All parties have until August 25, 2006, to file motions for summary judgment. All other deadlines in the Final Progression Order [67] remain in effect.

**IT IS SO ORDERED.**

DATED July 31, 2006.

                                              BY THE COURT:

                                              s/ F.A. Gossett
                                              **United States Magistrate Judge**