## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TROY KING, on behalf of himself and other past and present employees similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | **CASE NO.  8:05CV27** |
| v. | ) ) ) | **ORDER GRANTING DEFENDANTS' MOTION TO EXTEND SUMMARY JUDGMENT MOTION DEADLINE** |
| ASSET APPRAISAL SERVICES, INC. and MICHAEL COX, | ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER comes before the Court on Defendants' Motion to Extend Summary Judgment Motion Deadline [89].  For good cause shown, the Court finds that the Motion should be and hereby is GRANTED.  The parties have until September 15, 2006, to file motions for summary judgment.  All other deadlines in the Final Progression Order remain in effect.

**IT IS SO ORDERED.**

**DATED August 22, 2006.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**