IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY KING, DOUG BARNETT and GRAHAM RUPE,       )<br>)<br>Plaintiffs,       )<br>)<br>v.       )<br>)<br>ASSET APPRAISAL SERVICES, INC.       )<br>and MICHAEL COX,       )<br>)<br>Defendants.       ) | 8:05CV27<br><br>ORDER |

This matter is before the court on defendant's Motion to Extend Deadlines [96]. Upon review of the file, and considering plaintiff's response in opposition [98],

**IT IS ORDERED** that defendants are given an extension of time to September 19, 2006 to file a motion for summary judgment. The Motion to Extend Deadlines [96] is denied in all other respects.

DATED September 14, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge