## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TROY KING, DOUG BARNETT and GRAHAM RUPE, | ) ) ) | |
| Plaintiffs, | ) ) ) | **8:05CV27** |
| v. | ) ) | |
| ASSET APPRAISAL SERVICES, INC. and MICHAEL COX, | ) ) ) | **ORDER** |
| Defendants. | ) ) | |

This matter is before the court on defendant's Motion to Extend Deadlines [109].

Upon review of the file, and considering plaintiff's response [110],

**IT IS ORDERED** that the motion is granted, in part, as follows:

1.    Defendants are given an extension of time to **October 20, 2006**  to serve pretrial disclosures.

2.    Defendants are given until **October 30, 2006**, to file a response showing cause as to why Plaintiffs should not be awarded reasonable costs and attorney's fees pursuant to the Court's Order of September 14, 2006, granting Plaintiffs' Motions to Compel.

**DATED October 16, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge